Armen Kiramijyan (State Bar No. 276723)
Email: consumerlitigationteam@kaass.com

**KAASS LAW**
313 East Broadway #944
Glendale, California, 91209
Telephone: 310.943.1171

Attorneys for Plaintiff
KARAPET SISLIYAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAPET SISLIYAN, an individual,<br>        Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS INC, an Ohio Corporation; *et al*,<br>        Defendants. | Case No. 2:12-cv-07610-FMO-(JEMx)<br><br>PLAINTIFF'S NOTICE OF SETTLEMENT<br><br>Hon. Fernando M. Olguin |

TO THE COURT AND ALL PARTIES THROUGH COUNSEL OF RECORD:

    Plaintiff KARAPET SISLIYAN ("Plaintiff") hereby gives notice that Plaintiff and Defendant EQUIFAX INFORMATION SERVICES LLC (collectively "Parties") have negotiated a settlement of the instant matter and request the following to effectuate the terms of the settlement:

1. The parties have reached a settlement in this matter;
2. The terms of the settlement have been reduced to writing in a confidential settlement agreement, which embodies the substance of said settlement, and which will provide completion of the instant litigation for the parties;
3. In light of the settlement reached, the parties are working diligently to timely execute the settlement agreement.

1
**NOTICE OF SETTLEMENT**

4. Once the settlement agreement is executed and its terms fulfilled, Parties will file a Stipulation to Dismiss this Action as to Defendant EQUIFAX INFORMATION SERVICES LLC pursuant to Federal Rules of Civil Procedure 41(a)(1).

Dated: February 18, 2013                    Respectfully submitted,

                                            KAASS LAW
                                            */s/ Armen Kiramijyan*
                                            Armen Kiramijyan
                                            Attorney for Plaintiff
                                            KARAPET SISLIYAN