**KAASS LAW**
**313 E**AST **B**ROADWAY **#944**
**G**LENDALE**, C**ALIFORNIA**, 91209**
**T**ELEPHONE**: 310.943.1171**

Armen Kiramijyan (State Bar No. 276723)
Email: consumerlitigationteam@kaass.com

**Attorneys for Plaintiff Karapet Sisliyan**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAPET SISLIYAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS INC, an Ohio Corporation; *et al*,<br><br>Defendants. | CASE No. 2:12-cv-07610-FMO-(JEMx)<br><br>**JOINT STIPULATION OF DISMISSAL OF CASE AS TO DEFENDANT TRANS UNION LLC** |

TO THE HONORABLE JUDGE OLGUIN:

Plaintiff Karapet Sisliyan and Defendant Trans Union LLC file this Stipulation of Dismissal and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Karapet Sisliyan and Trans Union LLC to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of this lawsuit are hereby dismissed, with court costs to be paid by the party incurring same.

1

| | | |
|---|---|---|
| 1 | DATED: February 15, 2013 | KASS LAW |
| 2 | | |
| 3 | | |
| 4 | | BY:   /s/ Armen Kiramijyan |
| 5 | | ARMEN KIRAMIJYAN<br>**Attorneys for Plaintiff KARAPET SISLIYAN** |
| 6 | | |
| 7 | | |
| 8 | DATED: February 15, 2013 | MUSICK, PEELER & GARRETT LLP |
| 9 | | |
| 10 | | |
| 11 | | BY:   /s/ Donald E. Bradley |
| 12 | | DONALD E. BRADLEY<br>**Attorneys for Defendant TRANS UNION LLC** |

2

# **PROOF OF SERVICE**

STATE OF CALIFORNIA )
                                            )
COUNTY OF LOS ANGELES )

I am and was at the time of service of papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of LOS ANGELES, CALIFORNIA and my business address is 124 W. Stocker St. Ste. A, Glendale, CA 91202.

On **February 21, 2013**, I caused to be served the following documents:

**JOINT STIPULATION OF DISMISSAL OF CASE AS TO DEFENDANT TRANS UNION LLC**

**BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system, which sent electronic notification of such filing to the following:

Donald E. Bradley
MUSICK, PEELER & GARRETT LLP
650 Town Center Dr. Ste. 1200
Costa Mesa, CA 92626-1925
Tel: 714-668-2400
Fax: 714-668-2490
Email: d.bradley@mpglaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 02/21/2013                                                  */s/ARGISHTI ZAMANYAN*
                                                                              ARGISHTI ZAMANYAN

3