Armen Kiramijyan (State Bar No. 276723)
Email: consumerlitigationteam@kaass.com

**KAASS LAW**
313 East Broadway #944
Glendale, California, 91209
Telephone: 310.943.1171

Attorneys for Plaintiff
KARAPET SISLIYAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAPET SISLIYAN, an individual,<br>　　　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS INC., *et al*,<br>　　　　　　Defendants. | Case No. 2:12-cv-07610-FMO-(JEMx)<br><br>JOINT NOTICE OF SETTLEMENT<br>AND STIPULATION TO DISMISS<br>DEFENDANT EQUIFAX<br>INFORMATION SERVICES LLC WITH<br>PREJUDICE; PROPOSED ORDER |

　　　Plaintiff KARAPET SISLIYAN and Defendant EQUIFAX INFORMATION SERVICES LLC, through their designated counsel of record, hereby stipulate that they have reached a settlement involving this matter.

　　　The Parties request that the Court take all hearing dates OFF calendar and dismiss the action as to Defendant EQUIFAX INFORMATION SERVICES LLC, with prejudice.

　　　The parties have agreed that each side shall bear its own costs and fees.

Dated: February 21, 2013　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　KAASS LAW

　　　　　　　　　　　　　　　　　　　*/s/ Armen Kiramijyan*
　　　　　　　　　　　　　　　　　　　Armen Kiramijyan
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1

**STIPULATION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES LLC**

| | | |
|---|---|---|
| 1 | | KARAPET SISLIYAN |
| 2 | | |
| 3 | Dated: February 21, 2013 | Nokes and Quinn APC |
| 4 | | */s/ Thomas P Quinn, Jr* |
| 5 | | Thomas P Quinn, Jr<br>Attorney for Defendant |
| 6 | | EQUIFAX INFORMATION SERVICES LLC |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES LLC**